IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRYCJA CLARK     PLAINTIFF

V.     NO. 1:18-CV-73-DMB-DAS

ADAM LEE CLARK;
BRAD VAUGHN, in his individual
capacity; and BRIAN PYRON, in his
individual capacity     DEFENDANTS

## ORDER CLOSING CASE

On November 20, 2018, Patrycja Clark filed a "Joint Stipulation of Dismissal with Prejudice" signed by her counsel and by counsel for Brad Vaughn and Brian Pyron. Doc. #20. The same day, Patrycja also filed another "Joint Stipulation of Dismissal with Prejudice" signed by her counsel and by Adam Lee Clark, proceeding *pro se*. Doc. #21. In both stipulations, the signatory parties stipulate that this action "may be dismissed with prejudice, with each party to bear its own costs." Accordingly, the Clerk of the Court is directed to **CLOSE** this case.

**SO ORDERED**, this 26th day of November, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**